UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Amanda Ring**   ,
        **Plaintiff**

V.                                                            CA 14-30167-MGM

**Integrity Solution Services, Inc** ,
        **Defendant**

## ORDER

May 26, 2015

**Mastroianni, D.J.**

    Pursuant to the provisions of Local Rule 4.1 and F.R.Civ.P 4(m), it is hereby ordered that this case be dismissed without prejudice for failure to serve the defendant and file returns of service within one hundred twenty days of filing the complaint.

    It is so ordered.

                                      /s/Mark G. Mastroianni
                                      United States District Judge